408 A.2d 1095

**Elizabeth LEVENDOS, Appellant,**

v.

**Andrew HRABAR and Alexander Hrabar.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1979.

Decided Dec. 21, 1979.

Thomas J. Henderson, Neighborhood Legal Services, Pittsburgh, for petitioners.

No appearance for appellant.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Appellant's application for stay and modification of supersedeas is hereby denied because of mootness.

MANDERINO and FLAHERTY, JJ., did not participate in the decision of this case.